IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KENDRICK HILL                                                                                                    PLAINTIFF

        v.                              Civil No. 05-6069

GARLAND COUNTY JAIL;
SHERIFF LARRY SELIG;
ARKANSAS DEPARTMENT OF
CORRECTION DIAGNOSTIC UNIT,
PINE BLUFF, AND MEDICAL
INTAKE MANAGER; ARKANSAS
DEPARTMENT OF CORRECTION
OUACHITA RIVER CORRECTIONAL
UNIT; WARDEN DALE REED;
CMS CORRECTIONAL MEDICAL
SERVICES; and DR JONAK                                                                                      DEFENDANTS

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Kendrick Hill filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on September 12, 2005. His complaint was filed in forma pauperis (IFP).

On October 3, 2005, the undersigned entered an order (Doc. 6) directing Hill to complete, sign and return an attached addendum to his complaint. The addendum was to be returned by October 28, 2005.

To date, the completed addendum has not been returned to the court. Hill has not requested an extension of time to complete the addendum and has not communicated with the court. The court's order and attached addendum have not been returned by the United States Postal Service as undeliverable.

I therefore recommend Hill's claims be dismissed on the grounds he has failed to obey an order of this court. *See* Fed. R. Civ. P. 41(b). **Hill has ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).**

**The failure to file timely objections may result in waiver of the right to appeal questions of fact. Hill is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of November 2005.

                                                /s/ Bobby E. Shepherd
                                                UNITED STATES MAGISTRATE JUDGE