IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KENDRICK HILL                                                    PLAINTIFF

v.                              Case No. 05-6069

GARLAND COUNTY JAIL; SHERIFF LARRY SELIG;
ARKANSAS DEPARTMENT OF CORRECTION
DIAGNOSTIC UNIT, PINE BLUFF, AND MEDICAL
INTAKE MANAGER; ARKANSAS DEPARTMENT OF
CORRECTION OUACHITA RIVER CORRECTIONAL
UNIT; WARDEN DALE REED; CMS CORRECTIONAL
MEDICAL SERVICES; and DR. JONAK                                 DEFENDANTS

## ORDER

Now on this 6th day of December 2005, there comes on for consideration the report and recommendation filed herein on November 9, 2005, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). Plaintiff has not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is dismissed on the grounds that Plaintiff has failed to obey an order of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)