IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KENDRICK HILL                                                      PLAINTIFF

           v.                              No. 05-6069

GARLAND COUNTY JAIL;
SHERIFF LARRY SELIG;
ARKANSAS DEPARTMENT OF
CORRECTION DIAGNOSTIC UNIT,
PINE BLUFF, AND MEDICAL INTAKE
MANAGER; ARKANSAS DEPARTMENT OF
CORRECTION OUACHITA RIVER CORRECTIONAL
UNIT; WARDEN DALE REED; CMS CORRECTIONAL
MEDICAL SERICES and DR. JONAK                                      DEFENDANTS

## ORDER

     Now on this 27th day of March 2007, there comes on for consideration Plaintiff's motion seeking to reopen his case (Doc. 9).  Plaintiff's case was dismissed on December 6, 2005, for failing to obey an order of the Court; specifically for failing to complete and return an addendum to his complaint sent to Plaintiff on October 3, 2005.  (Docs. 7-8).  Plaintiff's case was dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure which provides that such dismissal operates as an adjudication upon the merits.  *See* Fed. R. Civ. P. 41(b).  Accordingly, Plaintiff's motion (Doc. 9) must be DENIED.

     IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge